AUSA:   Michael Taylor                         Telephone: (313) 226-9516
AO 91 (Rev. 11/11)  Criminal Complaint      Special Agent:   Jeffrey Sokolowski   Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dajon Deon HOGAN

Case: 2:23−mj−30471
Assigned To : Unassigned
Assign. Date : 11/27/2023
CMP: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 27, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Commerce by Robbery |
| 18 U.S.C. § 924(c)(1)(A) | Use of a Firearm during a Crime of Violence |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Sokolowski, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 27, 2023__

*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Staffford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jeffrey Sokolowski, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March of 2009.  My duties involve the investigation of violent crimes, to include crimes related to firearms violations such as armed robberies affecting interstate commerce.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for over fourteen years.  My duties involve the investigation of violent crimes, to include investigations related to violations of 18 U.S.C. Section 1951- Interference with Commerce by Threats or Violence.  I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses, including the use of cellular devices to commit those offenses.

2. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

3. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to establish that DAJON DEON HOGAN, date of birth XX/XX/1995, has been in violation of Title 18 U.S.C. Section 1951(a) (Interference with Commerce by Robbery), Title 18 U.S.C. Section 924(c)(1)(A) (Use of a Firearm During and in Relation to a Crime of Violence), and Title 18 U.S.C. Section 922(g)(1) (Felon in Possession).

## PROBABLE CAUSE

4. On October 27, 2023, the BP gas station at 20216 Van Dyke Avenue, in the City of Detroit, Michigan, was robbed at gunpoint. The suspect produced a black pistol with a stainless-steel slide from his jacket, opened the door and entered the area behind the register.

5. The suspect then grabbed a tan AR-15 that was in the area behind the counter and then demanded of the store clerk "A.N.", "Open the fucking register", and told the clerk "Don't play with me" as the suspect pointed his pistol at the clerk. The suspect then stole approximately $6,000.00 USD from the register.

6. On October 27, 2023, members of the Detroit Police Department obtained surveillance video footage from the date and time

2

of the armed robbery. The surveillance video footage captured clear pictures of the suspect's face. The surveillance video footage also showed the suspect arriving in and leaving the scene of the armed robbery in a blue Chevrolet Camaro. The store clerk showed officers an image of the blue Chevrolet Camaro from a previous encounter with the suspect. The license plate was blurry in the image, but the plate was possibly Michigan license plate EMS5949. Officers searched this license plate in law enforcement systems but did not return any results.

7. On October 31, 2023, an investigator with the Detroit Police Department ran blue Chevrolet Camaros in a law enforcement database and found one to match with Michigan license plate EMS5749. The investigator searched a law enforcement database for any traffic tickets tied to this license plate. The search revealed DAJON DEON HOGAN, received a traffic ticket in the vehicle in June of 2023.

8. On November 11, 2023, members of the Detroit Police Department arrived at 20216 Van Dyke Avenue, in the City of Detroit, and contacted the victim "A.N.". A photo lineup was presented to "A.N.", and "A.N." picked the below picture, which is DAJON DEON HOGAN, out of the photo lineup.

3



**Exhibit 1:** Image from photo lineup selected by victim on 11/11/2023.

9. Investigators also captured images from the surveillance video of the robbery in which HOGAN has a black pistol with a stainless-steel slide. The pistol appears to be a common commercially manufactured semi-automatic pistol.



**Exhibit 2:** Screenshot depicting HOGAN with firearm next to store clerk.

4



**Exhibit 3:** Screenshot depicting HOGAN with firearm at register and store clerk with hands up.



**Exhibit 4:** Screenshot depicting HOGAN with pistol and AR-15 at register and store clerk with hands up.

5

10. HOGAN has a distinctive neck tattoo that was visible on the surveillance footage from the time of the armed robbery, which is consistent with his neck tattoo on his Michigan driver's license image.



**Exhibit 5:** Close up of HOGAN in Exhibit 4, depicting HOGAN's neck tattoo.
**Exhibit 6:** Michigan driver's license image of DAJON DEON HOGAN.

11. HOGAN has an extensive criminal history to include prior felony convictions in the 3rd Circuit Court, Michigan for Weapons Carrying Concealed (2019) and Weapons Felony Firearm (2019). For the Felony Firearm Conviction, HOGAN was sentenced to two years imprisonment. Therefore, at the time he possessed the firearm during the

6

instant offense, he knew he had previously been convicted of an offense punishable by more than one year of imprisonment.

12. I know that BP gas station is a commercial retailer of goods that are produced outside of the state of Michigan and, therefore HOGAN's robbery of the BP gas station and taking the currency the business used to operate, directly affected interstate commerce.

13. Based on the information above, there is probable cause to believe that on October 27, 2023, DAJON DEON HOGAN violated Title 18 U.S.C. Section 1951(a) (Interference with Commerce by Robbery), Title 18 U.S.C. Section 924(c)(1)(A) (Use of a Firearm During and in Relation to a Crime of Violence), and Title 18 U.S.C. Section 922 (Felon in Possession); all in the Eastern District of Michigan.

Respectfully submitted,

_____
Jeffrey Sokolowski, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

7