UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                            Criminal No. 23-30471

Dajon Deon HOGAN,

    Defendant

_____/

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                      Respectfully submitted,

                                      Dawn N. Ison
                                      United States Attorney

                                        *s/Michael Taylor*
                                        Michael Taylor
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI 48226
                                        michael.taylor3@usdoj.gov
                                        (313) 226-9516

Dated: December 27, 2023

**IT IS SO ORDERED.**

<u>s/David R. Grand</u>
David R. Grand
United States Magistrate Judge

Entered:12/27/23